UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:21-cv-5350-AFM | Date: December 13, 2021 |
| Title | Rytone Entertainment LLC v. Visionnaire USA, Inc. et al | |

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

     Pursuant to the Joint Stipulation for Dismissal (ECF No. 38), this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

     IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |